JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**SHEDRICK BOWES-NORTHERN PORTER**

**DEFENDANTS**

**BEST BUY CO. INC, SEDGWICK CLAIMS MANAGEMENT SERVICES INC., CORIE BARRY, ANDREW BONNELL(BEST BUY EMPLOYEE)**

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **HENNEPIN**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
**1101 CUMBERLAND CROSSING DRIVE #202**
**VALPARAISO, IN 46383**
**312-292-1945**

Attorneys *(If Known)*
**NEIL A. DAVIS**
**251 EAST OHIO STREET, SUITE 830**
**INDIANAPOLIS, Indiana 46204**

**FILED**

**10/11/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☑ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☑ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**PERSONAL INJURY,  NEGLIGENCE, FAILURE TO PRODUCE EVIDENCE**
Brief description of cause:
**INJURED AT STORE BY STORE EMPLOYEE**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   **10/07/2021**

SIGNATURE OF ATTORNEY OF RECORD   *Shedrick*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: [Nature of Suit Code Descriptions](#).

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| **SHEDRICK BOWES-NORTHERN** | Case No. ___1:21-cv-02617-JMS-MG___ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial:  *(check one)*  ☒ Yes  ☐ No |
| **-v-** | |
| **BEST BUY CO. INC,** | |
| **SEDGWICK CLAIMS MANAGEMENT SERVICES INC.,** | |
| **CORIE BARRY,** | |
| **ANDREW BONNELL(BEST BUY EMPLOYEE)** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number.  A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

## CIVIL RIGHTS VIOLATION

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual:

The plaintiff, *(name)* __SHEDRICK BOWES-NORTHERN__, is a citizen of the State of *(name)* __INDIANA__, OR is a citizen of *(foreign nation)* _____

b.      If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2.      The Defendant(s)

   a.      If the defendant is an individual:

   The defendant, *(name)*_____, is a citizen of

   the State of *(name)*_____, OR is a citizen of

   *(foreign nation)*_____.

   b.      If the defendant is a corporation, partnership, or other entity:

   The defendant, *(name)* **BEST BUY CO. INC** , is incorporated under

   the laws of the State of *(name)* **MINNESOTA**, and has its

   principal place of business in the State of *(name)* **MINNESOTA**.

   Or is incorporated under the laws of *(foreign nation)*_____,

   and has its principal place of business in *(name)*_____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   **$2,000,000**_____

   _____

   _____

II.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   Name                            **SHEDRICK BOWES-NORTHERN**

   Street Address            **1101 CUMBERLAND CROSSING DRIVE #202**

   City and County           **VALPARAISO,  UNITED STATES**

   State and Zip Code      **INDIANA 46383**

   Telephone Number      **312-292-1945**

   E-mail Address            **SHEDRICKCHILDREN@GMAIL.COM**

On May 16th,2020, I was at Best Buy located at 2490 E 79th Ave, Merrillville, IN 46410. I came to the store to return a tv and purchase a new iPhone. When I was waiting for a Best Buy employee to do an exchange, another BestBuy employee walked past me and hit my left knee with a hard plastic sandwich board sign. The Best Buy employee said that he was rushing to get inside when he hit me in my left knee. My left knee started hurting as I was standing in front of Best Buy. I asked Best Buy supervisor Andrew Bonnell if they had any icepacks and if I could sit down in a wheelchair in front of the store entrance. Andrew Bonnell told me yes; I could sit in the wheelchair. Andrew Bonnell asked me did I want to fill out a medical form for my injury. I told him yes as I was filling out the medical injury form. My knee pain started to get worse. Me being a diabetic and having high blood pressure, I know the injury could quickly worsen. I know that I could easily damage something and lose body parts. I asked Andrew Bonnell can he call 911 for me to receive the proper medical attention I needed. Andrew Bonnell said what's wrong with my phone, that I can't call 911.

I told Best Buy manager Andrew Bonnell that I left my Bluetooth headset in the car, and my phone only works with my headset. Which is one of the reasons I was coming to get a new phone. Andrew Bonnell stated he's not calling an ambulance cause Best Buy will be responsible for the bill. I told Andrew Bonnell that my phone doesn't work without Bluetooth, that's why I'm purchasing a new phone. Best Buy manager Andrew Bonnell said that I could use a wheelchair to get to my car the best way I could. I started panicking as the pain got worse. I texted a friend asking him to call the police to Best Buy. He didn't see the text until later, he said. The Best Buy employees just stood there looking at me as I screamed for help when cars were going past. I called 911 and hung up, knowing that they would come if they got a call to the location the call came from. The police arrived approximately 10-15 minutes after I called. When Hobart police officers T. Creighton and Erik Herbert arrived. BestBuy manager Andrew Bonnell lied to them and said I never asked him to call help for me. In the video I'm providing, you could see Best Buy manager Andrew Bonnell and another Best Buy employee look at me in pain.

Best Buy manager Andrew Bonnell told Hobart police officer Erik Herbert that he offered me help. But I declined the help he provided, which wasn't true. I told the Hobart officer, Erik Herber, I needed an ambulance. Officer Erik Herbert called an

**BEST BUY CO. INC.**

**7601 PENN AVE. S.**
**RICHFIELD, UNITED STATES**
**MINNESOTA 55423**
**888-237-8289**

**SEDGWICK CLAIMS MANAGEMENT SERVICES INC**

**8125 SEDGWICK WAY**
**MEMPHIS, UNITED STATES**
**TENNESSEE 38125**
**901-415-7400**

**ANDREW BONNELL**
**BEST BUY MANAGER/SUPERVISOR**
**7601 PENN AVE. S**
**RICHFIELD, UNITED STATES**
**MINNESOTA 55423**
**888-237-8289**

ambulance for me. I requested the officer to arrest the Best Buy employee for hitting me with the sign and being negligent in hurting me. I also requested a sergeant to come to the hospital to press charges against the Best Buy employee. The sergeant never showed up at the hospital. When I asked why the Hobart police department sergeant never showed up. Hobart police department stated that the sergeant went to the wrong hospital.

**SEE ATTACHMENTS**

My back started hurting when I was in the hospital bed. The pain from my knee had my body in sharp pain from the hard plastic sandwich sign. In the hospital, the doctor told me that I had a contusion on my knee bone. I asked the doctor if it was something that would take some time to heal. The doctor said that it depends on how my body adapts to the healing process. The doctor said that me being a diabetic and having other health issues that could affect the Contusion injury healing process. The doctor said it's hard to put a time frame on the knee injury. I was given a pain medication called Toradol and released from the hospital. When I left the hospital, I had to catch a uber to get back to my vehicle that was still in the Best Buy parking lot. When I finally got back to my hotel room. My mother called me and told me that my brother was killed at 5 am. I thought to myself, what could get worse from this point. First, I was hit in the knee and denied medical help. Then I'm taking to the hospital, having no other choice due to the severity and pain and doing a deadly pandemic. Me being a diabetic, having high blood pressure, allergy issues, and ADHD, I'm more likely to catch the fatal Covid-19 virus than others.

On May 17th, 2020, I called Best Buy at 2490 E 79th Ave, Merrillville, IN 46410. I spoke with Best Buy supervisor Ariel. She stated that she didn't know the name of the supervisor that was on duty. I told Ariel that I wanted to see the footage of me injured. Which I still haven't received.

On May 18th, 2020, I started physical therapy on my knee with Michael Villanueva at NorthShore health center. I did physical therapy with Michael Villanueva for three months. The treatment that was done is utilizing interferential, CMT, and MT.

**SEE ATTACHMENT**

On May 19th, 2020, Best Buy insurance company Sedgwick representative Leah Dipaola contacted me by mail. She was saying that they would be handling the claim. Leah Dipaola was the Sedgwick representative that contacted me. She

stated that she was unable to reach me by phone, which wasn't true. I never received a call or voicemail from Sedgwick or her. Despite calling them and leaving them multiple messages through this long process. The file number Sedgwick assigned to me is 30205238362-0001.

On November 25th,2020, I went on Twitter after leaving multiple messages for Sedgwick to call me back. Best Buy representative Kayla wrote me a message about contacting Sedgwick. She said that BestBuy was reaching out to Sedgwick to see what was going on.

December 1st 2020-May 11th, 2021 I received treatment from Accord Chiropractic by Dr. Thomas Redfield.

**10/11/2021**

On January 22nd, 2021, I sent Sedgwick a letter to preserve evidence. Sedgwick never sent me the video or allowed me to view the video of their client assaulting me.

Best Buy employees, managers, and claim's company negligence, discrimination, misconduct, and slander caused me anxiety, mental distress, emotional trauma, and other harmful effects. Best Buy allowed their employee to injury me and tried to extort me for my medical records. I told Best Buy claims company, Sedgwick that I would get my medical records. Sedgwick continued to pressure me to sign medical release forms to settle the injury claim. Which I stated to them numerous times that I didn't feel comfortable with doing. Sedgwick is familiar with HIPPA medical laws. Best Buy still hasn't presented me any opportunities to view the footage of me being assaulted, which is why I'm filing claims of Spoliation of evidence against them, all defendants. I believe Best Buy employees did it purposely since the manager Andrew Bonnell, and the employee name they refuse to release denied me help. According to Best Buy policies, what happened to me isn't acceptable. Best Buy employees damaged my reputation and caused me embarrassment. I'm waiting on other doctor records and bills to come in. All defendants willingly, purposely, and attentionally violated my civil rights by discriminating against the medical condition they caused.

The defendant Best Buy owed me the duty of care for being injured by their employee. Best Buy employees didn't provide that duty of care. Which also goes against their policies. I'm filing a civil rights claim because both Best Buy employees are white and denied me medical assistance for their negligence. Best Buy company employees' lack of care was the legal cause of my injuries.

My damages have included medical bills, therapy bills, out-of-pocket expenses for medicines, lost wages, pain, and suffering, ambulance bill, mental injuries, emotional injuries, loss of your sex life, loss of enjoyment of activities, future lost earnings capacity, future medical expenses, the worsening of back car-accident existing condition, diminished earning capacity, future medical expenses

I will continue to experience each of these losses for an indefinite time into the future. I seek general, special, and punitive damages for these injuries and claims above. Plus interest, costs, and any other relief this court deems appropriate with this civil complaint. I want the court to do something to detour future misconduct by Best Buy Company employees. I'm recommending changes to its personnel policies and procedures by obtaining this civil complaint. I couldn't buy my children anything for Christmas which Best Buy is the store I always shop at for their electronic Christmas gifts. I lost out on promotion contracts, time with my children and family, and touring opportunities. I'm requesting that Best Buy promote store # 0951 employees Arthur and Grifin to hire positions. These two employees are the reason why I still shop in BEST BUY. The store number I listed is the only store I shop at. Their customer service skills are outstanding. I know my injury would've been handled more carefully if I had been injured at store #0951.

**SHEDRICK BOWES-NORTHERN**

**1101 CUMBERLAND CROSSING DRIVE #202 VALPARAISO, IN 46383 312-292-1945**

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity.  For an individual defendant,  include   the person's job or title *(if known)*.  Attach additional pages if needed.


Defendant No. 1

|                          |   |
|--------------------------|---|
| Name                     |   |
| Job or Title *(if known)*|   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |
| E-mail Address *(if known)*|  |


Defendant No. 2

|                          |   |
|--------------------------|---|
| Name                     |   |
| Job or Title *(if known)*|   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |
| E-mail Address *(if known)*|  |


Defendant No. 3

|                          |   |
|--------------------------|---|
| Name                     |   |
| Job or Title *(if known)*|   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |
| E-mail Address *(if known)*|  |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____
_____
_____
_____
_____
_____

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

V.       **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be  served. **SHEDRICK BOWES-NORTHERN** I understand that my failure to keep a current address on file with the Clerk's Office may result  in the dismissal of my case.

Date of signing:                                  _____

**BEST BUY CO. INC.**Signature of Plaintiff                                                         _____
**SEDGWICK CLAIMS MANAGEMENT SERVICES INC.,**
**CORIE BARRY, ANDREW BONNELL(BEST BUY EMPLOYEE)**_____

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | Civil Action No. |
| v. | ) | |
| _____ | ) | ✕ |
| *Defendant* | ) | ✕ |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          ✕
_____
*(Name of person to whom this subpoena is directed)*

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: S.S.  DAUGHTER  9  $50-100 | Date and Time: |
|---|---|
| T.S.  SON  8  $50-100 | $50-100 |
| A.M.  DAUGHTER  7  $00 | |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

|  | CLERK OF COURT | | OR | 714.00 |
|---|---|---|---|---|
| | _____ | | | _____ |
| | *Signature of Clerk or Deputy Clerk* | | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

**SSI**

❏ I served the subpoena by delivering a copy to the named person as follows:          **714.00**

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $  ✗_____  for travel and $ _____  for services, for a total of $ _____ .

**$100.00**

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                          *Server's signature*

                                                   _____
                                                          *Printed name and title*

✗

                                                   _____
                                                          *Server's address*

Additional information regarding attempted service, etc.:

# Mental health          25-50.00
# Electricity             125.00
# Gas                     50-75.00

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

INSD Pro Se Civil (unrelated to imprisonment) IFP request 4/19

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**I am currently on SSI. I was wrongfully arrested by the Chicago police department which resulted in me having an ulcer on the bottom of my foot from ankle cuffs.**

|  |  |
|---|---|
| _____ | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| **-v-** | |
| _____ | |
| *Defendant(s)* | |
| **Shedrick** | |

10/11/2021

*Shedrick B*

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

### I.   Personal Information

1)   Are you employed?   ☐ Yes   ☐ No

2)   Are you married?   ☐ Yes   ☐ No
     If "Yes," is your spouse employed?   ☐ Yes   ☐ No

3)   Do you have any dependents that you are responsible for supporting?
     ☐ Yes   ☐ No
     If "Yes," list them below:

| Name (initials for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### II.   Income - If you are married, your answers *must include your spouse's income.*
*(When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)*

1)   State your total *monthly* wages or salary?   $ _____

2)   Provide the name and address of your employer(s):

     _____

3)   State your spouse's total *monthly* wages or salary?   $ _____

INSD Pro Se Civil Non-prisoner IFP request 4/19

4)  State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

<u>Source of income</u>                                                    <u>Amount</u>

_____     $ _____

_____     $ _____

**III.   <u>Expenses</u>** - If you are married or have dependents, ***your expenses should also include your household's expenses.***
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1)  Identify the following amounts that you pay per month:

☐ Rent or  ☐ Mortgage                    $ _____

Car payment(s)                                  $ _____

Alimony or court-ordered child support $ _____

Credit card payment(s)                      $ _____

2)  Do you have any other *monthly* expenses that you have not already listed?
☐ Yes   ☐ No

If "Yes," list them below:

<u>Expense</u>                                                            <u>Amount</u>

_____     $ _____

_____     $ _____

_____     $ _____

3)      What are your total *monthly* expenses?    $_____

**IV.  <u>Property</u>** - If you are married, your answers must ***include your spouse's property.***

1)      Do you own a car? ☐ Yes      ☐ No        If "Yes," list car(s) below:

<u>Make and Model</u>                                   <u>Year</u>        <u>Approximate Current Value</u>

_____   _____   $_____

_____   _____   $_____

2)      Do you own your home(s)?     ☐ Yes      ☐ No

If "Yes," state the approximate value(s).  $_____

What is the amount of equity (assessed value of residence minus outstanding  mortgage balance) in the home(s)?              $ _____

3)      Do you have any cash or checking, savings, or other similar accounts?
☐ Yes      ☐ No

If "Yes," state the total of such sums.      $_____

4)      Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☐ Yes      ☐ No

If "Yes," describe the property and the approximate value(s).

_____

**V.**     <u>**Other Circumstances**</u> - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

I,_____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                                              **Signature - Signed Under Penalty of Perjury**

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).